**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 04-6889**

———————

WILLIAM HENCELY DAVIS, JR.,

Plaintiff - Appellant,

versus

DAVID POWELL,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Middle District of North Carolina, at Durham.  Frank W. Bullock, Jr., District Judge.  (CA-03-1190-1)

———————

Submitted:  October 14, 2004          Decided:  October 20, 2004

———————

Before MOTZ, TRAXLER, and SHEDD, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

William Hencely Davis, Jr., Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William Hencely Davis, Jr., appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. See Davis v. Powell, No. CA-03-1190-1 (M.D.N.C. Mar. 31, 2004). We deny as moot Davis' motion and amended motion to consolidate this appeal with Appeal Nos. 04-6890 and 04-6951. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.

DISMISSED